**DEFAULT O/E JAD**

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Laura Marie Schmidt<br>        Debtor(s)<br><br>Lakeview Loan Servicing, LLC,<br>its successors and/or assigns<br>        Movant<br>    v.<br>Laura Marie Schmidt<br>        Respondent(s)<br>    and<br>Eric E. Bononi, Trustee<br>        Additional Respondent | BK. NO. 17-70499 JAD<br><br>CHAPTER 7<br>Related to Docket # 14 |

### ORDER MODIFYING SECTION 362 AUTOMATIC STAY

AND NOW, this 13th day of Nvim L, 2017, at Pittsburgh, upon Motion of Lakeview Loan Servicing, LLC, it is

**ORDERED THAT:** The Motion is granted, and the Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is hereby modified with respect to the subject premises located at 192 Kagey Street, Mineral Point, PA 15942 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

United States Bankruptcy Judge
JEFFERY A. DELLER

FILED
11/13/17 3:16 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Laura Marie Schmidt  
    Debtor

Case No. 17-70499-JAD  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-7     User: lkat    Page 1 of 1    Date Rcvd: Nov 14, 2017  
                   Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2017.  
db          #+Laura Marie Schmidt,    620 Horn Road,    Windber, PA 15963-7309

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                               TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2017                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2017 at the address(es) listed below:  
       Eric E. Bononi    bankruptcy@bononilaw.com, pa69@ecfcbis.com  
       James Warmbrodt     on behalf of Creditor   LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com  
       Jeffrey Wayne Ross    on behalf of Debtor Laura Marie Schmidt jross@shepleylaw.com,  
        jeffreywross@hotmail.com;bk@shepleylaw.com;ldeist@shepleylaw.com  
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
                                                                                            TOTAL: 4